OPINION — AG — **** PROCEDURES IN DETERMINING TRANSITIONAL DEDUCTION OF TAXPAYER **** ANY DIFFERENCE IN DEDUCTIONS BETWEEN FEDERAL AND STATE INCOME TAX LAWS RESULTANT FROM THE DEPLETION ALLOWANCE ON OIL LEASE BONUSES, OR CONTRIBUTIONS BY SELF EMPLOYED PERSONS UNDER H.R. 10 RETIREMENT PLANS ARE NOT SUBJECT TO INCLUSION IN DETERMINING THE OPTIONAL TRANSITIONAL DEDUCTION. CITE: 68 O.S. 1971 2354 [68-2354], 68 O.S. 1971 2307 [68-2307] (ODIE A. NANCE)